Case: 1:04cv1106

E-FILED
Friday, 22 October, 2004 03:28:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

Gerald L Hall
324 Court Street
Pekin, IL 61554




## Other Orders/Judgments

1:04-cv-01106 Strohmaier v. Ray Dennison Chev

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from HK, ilcd entered on 10/15/2004 at 4:47 PM CDT and filed on 10/14/2004

**Case Name:** Strohmaier v. Ray Dennison Chev
**Case Number:** 1:04-cv-1106
**Filer:**
**Document Number:** 7

**Docket Text:**
ORDER: CONSENT to Jurisdiction by US Magistrate Judge. Case reassigned to Magistrate Judge John A. Gorman. Entered by Judge Michael M. Mihm on 10/14/04. (HK, ilcd)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=10/15/2004] [FileNumber=42808-0]
[8aa5151d0f275396ccb1de71a8890b0c016983b6b3abe5f960b962ff1cb4ab4d7373
ba55e9fbe9f9f2f2a0c7e2ed2872d4335b36302d0cb4962f3eddc7217fea]]

**1:04-cv-1106 Notice will be electronically mailed to:**

Dmitry N Feofanov   feofanov@chicagolemonlaw.com, sstteepphh11@yahoo.com

**1:04-cv-1106 Notice will be delivered by other means to:**

Gerald L Hall
324 Court Street
Pekin, IL 61554

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

Central District of Illinois

F I L E D
Clerk, U.S. District Court, ILCD
OCT 1 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STROHMAIER
Plaintiff

V.

RAY DENNISON CHEVROLET
Defendant

Case Number: 04-1106

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

RECEIVED
OCT 1 3 2004
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| DAVID STROHMAIER | [signature] | Sept 22, 2004 |
| Ray Dennison Chevrolet | (DMITRY FEOFANOV) [signature] Gerald L. Hall | 10-8-04 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to John Gorman United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

10/14/04
Date

s/ Michael M. Mihm
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

**Notices**
1:04-cv-01106-JAG Strohmaier v. Ray Dennison Chev

## U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from WW, ilcd entered on 10/18/2004 at 10:55 AM CDT and filed on 10/18/2004
**Case Name:** Strohmaier v. Ray Dennison Chev
**Case Number:** 1:04-cv-1106
**Filer:**
**Document Number:**

**Docket Text:**
NOTICE of Hearing: Status Conference set for Monday, 11/1/2004 at 11:30 AM by telephone (court will place call) before Magistrate Judge John A. Gorman. This status conference will be to set the final pretrial and trial dates on Magiststrate Gorman's calendar due to the consent to mag order entered in this case.(WW, ilcd)

The following document(s) are associated with this transaction:

**1:04-cv-1106 Notice will be electronically mailed to:**

Dmitry N Feofanov    feofanov@chicagolemonlaw.com, sstteepphh11@yahoo.com

**1:04-cv-1106 Notice will be delivered by other means to:**

Gerald L Hall
324 Court Street
Pekin, IL 61554