IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED

NOV -4 2004

JOHN M. WATERS,
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAVID STROHMAIER, )
JULIA STROHMAIER, )
        Plaintiffs, )
        v. ) No. 04-1106
RAY DENNISON CHEVROLET, Inc., )
        Defendant. ) JURY DEMANDED

## NOTICE OF BANKRUPTCY AND OF ABANDONMENT OF CLAIMS

**NOW COME** Plaintiffs, David and Julia Strohmaier, by their attorneys, and give notice to all parties of record and the United States Bankruptcy Trustee, as follows:

1. It came to Plaintiffs' attention that, when they filed bankruptcy in 2002, the causes of action under the ECOA and FCRA were not included in the schedules.

2. Upon learning of this omission, counsel for Plaintiffs informed the Bankruptcy Trustee. Exhibit A.

3. The Bankruptcy Trustee informed counsel for Plaintiffs that he does not wish to pursue the matter and abandons whatever the claims the estate may have had. The Bankruptcy Trustee stated so in a telephone conversation with counsel for Plaintiffs and confirmed it by a letter. Exhibit B.

**WHEREFORE**, Plaintiffs request that this Court take judicial notice of the Trustee's abandonment and grant Plaintiffs other appropriate and just relief.

DAVID STROHMAIER
JULIA STROHMAIER

By: _____
One of their attorneys

Dmitry N. Feofanov
CHICAGOLEMONLAW.COM
1639 Brandywine Lane
Dixon, IL 61021
815/288-3217

## PROOF OF SERVICE

I, Dmitry Feofanov, under penalties of perjury, certify that I served a copy of this Notice to all the person(s) listed in the Service List below, by enclosing the above-referenced document(s) in an envelope plainly addressed to such person(s) at the address(es) listed above, by sealing the envelope containing the above-described document(s), and affixing to the envelope the proper amount of U.S. postage for regular mail, and then by depositing the envelope with its contents in the United States mail at the United States Post Office in Dixon, Illinois, at or before the hour of 5:00 p.m. on or before November 2, 2004.

_____
Dmitry Feofanov

## SERVICE LIST

1. Clerk of the United States District Court
   Central District of Illinois
   100 NE Monroe Street, Suite 309
   Peoria, Illinois 61602

   Original, 2 copies, SASE

2. Gerald L. Hall, Esq.
   524 Court Street
   Pekin, IL 61554

3. Charles E. Covey
   U.S. Bankruptcy Trustee
   Commerce Bank Building
   416 Main, Suite 700
   Peoria, IL 60612

4. File

*Dmitry N. Feofanov*                 CHICAGOLEMONLAW.COM
*Attorney at Law*                  *1639 Brandywine Lane*
*(815) 288-3217*                  *Dixon, IL 61021*

October 18, 2004

Charles E. Covey
U.S. Bankruptcy Trustee
Commerce Bank Building
416 Main Street, Suite 700
Peoria, IL 61602

       ***Re: David and Julia Strohmaier***

VIA FACSIMILE to 1-309-674-8149

Dear Mr. Covey:

As I explained to you on the phone, I represent David and Julia Strohmaier in two cases currently pending in the Central District.

After the cases were filed, one of my opposing counsel brought to my attention that my clients had a 2002 bankruptcy (case No. 02-83814), and, apparently, the causes of action were not listed in the schedule of assets. Not surprising, since the causes of action arise under the Equal Credit Reporting Act and Fair Credit Reporting Act, which were construed for the first (and so far the only) time in an automobile context by <u>Treadway v. Gateway Chevrolet Oldsmobile, Inc.</u>, 362 F.3d 971 (7th Cir. 2004).

Immediately upon learning of these facts, I consulted with the office of the Bankruptcy Counsel of the National Association of Attorneys General, and then called you.

Both cases (which were brought, in essence, as post-<u>Treadway</u> test cases) allege defendants' failure to send adverse action letters after an attempted car purchase. ECOA requires actual damages (and our best financial expert was unable to tell me what actual damages result from non-receipt of an adverse action letter); FCRA provides for statutory damages of $100.00 to $1,000.00 for willful violations (for negligent violations FCRA requires actual damages). Both statutes allow punitive damages, which, as you can imagine, are no likely. Both statutes are fee-shiftable.

Ex A

CHICAGOLEMONLAW.COM

Charles E. Covey
U.S. Bankruptcy Trustee
Page Two

To help you make your determination as to the course of action you wish to pursue, I am attaching the complaints filed in both cases.

The Green Chevrolet case initially had two defendants; the now-dismissed defendant, Household Automotive Finance, chose to settle for the total of $4,500.00. Two thirds of this amount had already been distributed to Mr. and Mrs. Strohmaier and, I assume, is gone. I retained one third as my fees.

Both cases are pending before the Magistrate Judge Gorman. Procedurally, the Ray Dennison case is beyond the discovery closure date (October 14); the Green Chevrolet case is still in discovery.

There is a telephone status in the Green Chevrolet case on October 25, at 10 a.m. There is a telephone status in the Ray Dennison case on November 1, at 11:30 a.m. In both cases, Judge Gorman's office places the calls.

Please let me know which course of action you wish to pursue, and whether you would like to be part of the telephone status on either October 25 or November 1.

Very truly yours,

CHICAGOLEMONLAW.COM

Dmitry N. Feofanov

**Information (Event Succeeded)**

| | | | |
|---|---|---|---|
| | 10/18/2004 | Time: | 1:33 PM |
| Pages: | 13 | Duration: | 4 min 15 sec |
| Recipient: | Mr. Charles Covey | Company: | U.S. Bankruptcy Trustee |
| Fax Number: | 1-309-674-8149 | Subject: | David and Julia Strohmaier |
| Type: | Fax | Billing: | |
| ECM: | Off | Keywords: | |
| Pages Sent: | 13 | Remote CSID: | 309 674 8149 |
| Resolution: | Fine | Retries: | 1 |
| Speed: | 14400 bps | Status: | Completed |
| Status Code: | Complete | | |

1

Dmitry N. Feofanov
Attorney at Law
(815) 288-3217

CHICAGOLEMONLAW.COM
1639 Brandywine Lane
Dixon, IL 61021

October 27, 2004

Charles E. Covey
U.S. Bankruptcy Trustee
Commerce Bank Building
416 Main Street, Suite 700
Peoria, IL 61602

Re: *David and Julia Strohmaier*

VIA FACSIMILE to 1-309-674-8149

Dear Mr. Covey:

This is to confirm that, in today's telephone conversation, you indicated that you are not going to intervene in the two cases my clients have against Green Chevrolet and Ray Dennison Chevrolet, and that we are free to pursue them.

We would very much appreciate you signing this letter as a sign of your agreement, and returning it to us by facsimile at 815/288-3235.

Thank you very much for your courtesy and professionalism.

Very truly yours,

CHICAGOLEMONLAW.COM

*[signature]*
Dmitry N. Feofanov

_____
Charles E. Covey
U.S. Bankruptcy Trustee

Ex. B