E-FILED
Saturday, 30 April, 2005  06:19:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID STROHMAIER, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-1106 |
| RAY DENNISON CHEVROLET, Inc., | ) |
| Defendant. | ) JURY DEMANDED |

## MOTION FOR RULE 37 SANCTIONS

**NOW COMES** Plaintiff, David Strohmaier, by their attorneys, and for his Motion for Rule 37 Sanctions, states as follows:

1. This is the third time Plaintiff brings a discovery dispute before the Court.

2. Before the close of discovery, Plaintiff filed, and the Court granted, Motion to Compel. Under the terms of the Court's order, Defendant was to produce certain documents within 28 days, by November 28, 2004 (which was after the close of discovery).

3. Defendant failed to properly respond to discovery.

4. Consequently, Plaintiff filed, and the Court granted, Second Motion to Compel. Under the terms of the Court's order, Defendant was to properly respond to discovery by April 15, 2005. See Court Order, Exhibit A.

5. By April 30, 2005, the time of drafting of this Motion, Defendant produced nothing.

6. Plaintiff's discovery requests pertained, in large part, to Defendant's status as a creditor under ECOA. Plaintiff requests that, as provided by F.R.C.P. 37(b)(2)(A), the Court order that

Defendant's status as a creditor be taken to be established, for its failure to comply with the Court's order.

**WHEREFORE**, Plaintiff requests that this Court grant him the following relief:

A. Enter an order establishing Defendant's status as a creditor; and

B. Grant Plaintiff other appropriate and just relief.


**DAVID STROHMAIER**


s/ Dmitry Feofanov
Bar Number: 6224899
Attorney for Plaintiff

CHICAGOLEMONLAW.COM
1639 Brandywine Lane
Dixon, Illinois 61021
Telephone: 815/288-3217
Facsimile: 815/288-3235
Email: Feofanov@ChicagoLemonLaw.com

2

## Certificate of Service

I hereby certify that on April 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None,

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Mr. Gerald L. Hall
524 Court Street
Pekin, IL  61554

                                                          s/ Dmitry Feofanov
                                                          Bar Number:  6224899
                                                          Attorney for Plaintiff

                                                          **CHICAGOLEMONLAW.COM**
                                                          1639 Brandywine Lane
                                                          Dixon, Illinois  61021
                                                          Telephone:  815/288-3217
                                                          Facsimile:  815/288-3235
                                                          Email:  Feofanov@ChicagoLemonLaw.com

v: Activity in Case 1:04-cv-01106-JAG Strohmaier v. Ray Denniso...

**Subject:** Fw: Activity in Case 1:04-cv-01106-JAG Strohmaier v. Ray Dennison Chev "Order on Motion to Compel"
**From:** "Dmitry Feofanov" <Feofanov@ChicagoLemonLaw.com>
**Date:** Mon, 28 Mar 2005 23:33:08 -0600
**To:** <dfeofanov@grics.net>

----- Original Message -----
**From:** ECF_Returns@ilcd.uscourts.gov
**To:** ECF_Notices@ilcd.uscourts.gov
**Sent:** Monday, March 28, 2005 12:50 PM
**Subject:** Activity in Case 1:04-cv-01106-JAG Strohmaier v. Ray Dennison Chev "Order on Motion to Compel"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from KB, ilcd entered on 3/28/2005 at 12:50 PM CST and filed on 3/23/2005
**Case Name:**        Strohmaier v. Ray Dennison Chev
**Case Number:**      1:04-cv-1106
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge John A. Gorman. Parties present via phone by Attys Feofanov and Hall for motion hearing at 10:30 AM on Wed, 3/23/05 - same held. Oral motion by defendant for leave to file response to pending motion for summary judgment (#11) - same granted. Defendant has up to and including 4/15/05 to file response. The [12] Motion to Compel is granted. Atty Hall to provide discovery according to the rules - discovery due by 4/15/2005. Motions due by 5/13/2005. Final Pretrial Conference set for 9/16/2005 at 10:30 AM in chambers. Jury Trial set for 10/17/2005 at 9:00 AM in person in (Courtroom C) before Magistrate Judge John A. Gorman. (Jury trial set for 2 days). (KB, ilcd)

The following document(s) are associated with this transaction:

Ex, A