**E-FILED**
Thursday, 02 June, 2005  02:43:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David Strohmaier | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  04-1106 |
| | ) | |
| Ray Dennison Chevrolet Inc. | ) | |
|     Defendant | ) | |

**ORDER FOLLOWING REPORT OF SETTLEMENT**

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 2nd day of June, 2005.

                          s/ John A. Gorman

                          JOHN A. GORMAN
            UNITED STATES MAGISTRATE JUDGE