JUL-05-05 TUE 03:25 PM    HALL & GLANCY    FAX:309 347 1112    PAGE 1



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | |
|---|---|
| DAVID STROHMAIER, | ) |
| PLAINTIFF | ) |
| VERSUS | ) 04-1106 |
| RAY DENNISON CHEVROLET, INC., | ) |
| DEFENDANT | ) |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

KNOW ALL PEOPLE BY THESE PRESENTS THAT the parties through their respective counsel stipulate and the court now orders that this case be dismissed with prejudice, matter settled, settlement proceeds paid.

ENTER THIS 5 DAY OF JULY, A.D. 2005

_____
JUDGE

AGREED AND APPROVED FOR ENTRY

_____     _____
DMITRY N. FEOFANOV, ESQ.          GERALD L. HALL, ESQ.
ATTORNEY FOR THE PLAINTIFF        ATTORNEY FOR THE DEFENDANT